```
    0 . *

 11 . 88 +


 11 . 88 *


         6  2010
```

**UNCLAIMED FUNDS**

**05-69646**   DENNIS KASER
CATHY KASER
CREDITOR DID NOT CASH CHECK
CHECK #455995 FOR $11.88
AMERICAN PAYROLL ADVANCE
14975 WASHINGTON ST
MILLERSBURG, OH  44654-8900

```
        UNITED STATES
     BANKRUPTCY COURT

      Northern District of Ohio
           Canton Division

  R1 -  00060808  - SESHE

      October 07, 2010 12:24:57

  Code     Case #    Qty      Amount
  UF - UNCLAIMED FUNDS
         05-69646   10       $11.88CK
    Debtor - KASER

  TOTAL  -              $11.88
  TEND   -               11.88
  CHANGE -                0.00


  FROM: TOBY L ROSEN
        121 CLEVELAND AVE SW
        CANTON OH 44702
        330-455-2222
```